UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ZEALAND JAMAR ADAMS | * | CIVIL ACTION NO.  15-1971<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LT. LIVELY, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 11] is **GRANTED**, and Plaintiff's claims against Defendants Lieutenant Lively, Lieutenant Cupp, Sergeant Dimmit,  and Captain Taylor are hereby **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 26th day of July, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE